

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 27, 2023

Re:   *1:23-cv-04449-KPF Toro v. BigShoes.com, Inc.*

Status Letter and Request for Adjournment of Conference

Dear Judge Failla,

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for August 3, 2023, at 10:30 a.m. Counsel has been unsuccessful thus far in attempts to communicate with Defendant and requests a 45 day adjournment for Defendant to appear. Plaintiff proposes to reschedule the conference for September 18th, 2023, or a date convenient to the Court. This is the first time relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

```
Application GRANTED.  The initial pretrial currently scheduled for
August 3, 2023, is hereby ADJOURNED to September 26, 2023, at 4:00
p.m.

The Clerk of Court is directed to terminate the pending motion at
docket number 7.

Dated:    July 27, 2023              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE