```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BIGSHOES.COM, INC.,

                Defendant(s).

23-CV-04449 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except that the Initial Pretrial Conference previously scheduled for March 7, 2024 is HEREBY ADJOURNED *sine die*. By separate Order to be entered today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

Dated: February 29, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge